AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 SEP 11 PM 1:05

BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Brian Tierney<br><br>*Defendant(s)* | Case No.<br><br>2:17-mj-83-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 10, 2017** in the county of **Chittenden** in the _____ District of **Vermont**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | using a facility of interstate commerce to knowingly persuade, induce, entice, or coerce any individual who is not 18 years old to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Caitlin Moynihan

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caitlin Moynihan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2017

_____
*Judge's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*